IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>Undetermined quantities of cases of an article of food, each case containing 12/7 ounce packages, labeled in part:<br><br>(case)<br><br>"*** STRAWBERRY DREAMS *** 12 X 7 OZ. Manufacture Code ***"<br><br>(package)<br><br>"*** Juicee Gummee *** Strawberry Dreams ***INGREDIENTS: CORN SYRUP *** A Company of: GRUPO BIMBO *** PRODUCT OF MEXICO ****"<br>and,<br><br>all other articles of food in various sizes and types of containers (excluding metal and glass containers) that are located anywhere on the premises of Mid-States Closeouts, 254 South Chestnut Street, Ellsworth, Wisconsin, to which are affixed labels and labels bearing, among other things, the name and address of the manufacturer, packer, or distributor located outside the State of Wisconsin, or which are otherwise determined to have originated outside the State of Wisconsin,<br><br>      Defendants. | Case No.   10 C 042 X<br><br>**FILED UNDER SEAL** |

## ORDER

Upon Consideration of the United States' Motion to File Documents Under Seal,

**IT IS ORDERED** that the United States may file its Motion to File Documents Under Seal, Verified Complaint for Forfeiture in Rem, and Warrant for Arrest in Rem, under seal.

The documents shall be automatically unsealed upon the service of the Verified Complaint.

Dated this _1st_ day of ___FEBRUARY___, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
Western District of Wisconsin

2