IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>Undetermined quantities of cases of an article of food, each case containing 12/7 ounce packages, labeled in part:<br><br>(case)<br><br>"*** STRAWBERRY DREAMS *** 12 x 7 OZ. Manufacture Code ***"<br><br>(package)<br><br>"*** Juicee Gummee *** Strawberry Dreams ***INGREDIENTS: CORN SYRUP *** A Company of: GRUPO BIMBO *** PRODUCT OF MEXICO ****"<br><br>and,<br><br>all other articles of food in various sizes and types of containers (excluding metal and glass containers) that are located anywhere on the premises of Mid-States Closeouts, 254 South Chestnut Street, Ellsworth, Wisconsin, to which are affixed labels and labels bearing, among other things, the name and address of the manufacturer, packer, or distributor located outside the State of Wisconsin, or which are otherwise determined to have originated outside the State of Wisconsin,<br><br>   Defendants. | Case No. 10-cv-00042-slc |

## ORDER

On February 1, 2010, a Verified Complaint for Forfeiture against the above-described articles was filed in this Court by the United States. Pursuant to a Warrant

for Arrest issued by this Court, the United States Marshal for this District seized the above-described articles on February 2, 2010. The United States had potential claimants served with direct notice of the action and a copy of the Complaint on February 3, 2010. The United States also had notice of the Complaint and seizure published in accordance with Rule G of the Supplemental Rules. To date, no claimants have intervened or filed a claim to the seized articles;

The United States requests that this Court direct the United States Marshal, or a designated representative of the United States Food and Drug Administration on behalf of the United States Marshal, to release from his custody, the following articles of food: 72, 1.4 ounce jars of Grey Poupon Dijon Mustard manufactured by Ridge Finer Foods, Inc. These items were among the articles of food seized by the United States Marshal on February 2, 2010, pursuant to the Warrant of Arrest issued by this Court;

**IT IS ORDERED**, for the reasons set forth in the United States' motion, that the United States Marshal release from his custody the articles of food identified above. Such release can also be accomplished by a designated representative of the United States Food and Drug Administration on behalf of the United States Marshal.

**IT IS FURTHER ORDERED** that the United States Marshal shall make a return to this Court describing the action taken pursuant to this Order.

Dated this 4th day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
Western District of Wisconsin

2