IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Undetermined quantities of cases of an
article of food, each containing
12/7 ounce packages, labeled in part:

(case)

"***STRAWBERRY DREAMS*** 12 x 7 OZ.
Manufacture Code***"

(package)

"***Juicee Gummee ***Strawberry Dreams
***INGREDIENTS: CORN SYRUP***
A Company of: GRUPO BIMBO***PRODUCT
OF MEXICO***"

and,

all other articles of food in various sizes and
types of containers (excluding metal and glass
containers) that are located anywhere on the
premises of Mid-States Closeouts, 254 South
Chestnut Street, Ellsworth, Wisconsin, to which
are affixed labels and labels bearing, among
other things, the name and address of the
manufacturer, packer, or distributor located
outside the State of Wisconsin, or which are
otherwise determined to have originated
outside the State of Wisconsin,

        Defendants.

Case No.: 10-cv-42

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant articles of food ("Defendant Articles") and all persons and entities having any right, title, or interest in them, including Mid-States Closeouts and Mark A. Reisdorf. It appearing

from the record that neither Mid-States Closeouts nor Mark A. Reisdorf have appeared, pleaded or otherwise defended, the default of Defendant Articles, including Mid-States Closeouts and Mark A. Reisdorf is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 30th day of April, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court